PETER D. KEISLER
Assistant Attorney General

KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
SARA WINSLOW (DCBN 457643)
STEVEN J. SALTIEL (CA Bar No. 202292)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925 (Winslow)
              (415) 436-6996 (Saltiel)
    Facsimile: (415) 436-6748

MICHAEL F. HERTZ
POLLY A. DAMMANN
SUZETTE GORDON
    Attorneys, Civil Division
    United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-1511
    Facsimile: (202) 305-4117

Attorneys for UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES ex rel. JULIA LEE, ) | No. C-00-2921 SBA |
| ) | |
| Plaintiffs, ) | **STIPULATION EXTENDING FACT DISCOVERY CUT-OFF AND ORDER** |
| ) | |
| v. ) | |
| ) | |
| HORIZON WEST, INC., and HORIZON ) | |
| WEST HEALTHCARE, INC., formerly ) | |
| known as HORIZON WEST ) | |
| HEADQUARTERS, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to Civil L.R. 6-2, and subject to the Court's approval, the United States of America, Relator Julia Lee, and Defendants Horizon West, Inc. And Horizon West Healthcare, Inc., hereby agree and stipulate to the following:

1.   On December 14, 2005, the Court issued an Order for Pretrial Preparation setting the following dates and deadlines:

| | |
|---|---|
| Fact Discovery Cut-off: | August 31, 2006 |
| Expert Discovery Cut-off: | September 29, 2006 |
| Dispositive Motion Hearing Deadline: | November 14, 2006 |
| Pretrial Conference: | December 12, 2006 |
| Trial: | January 8, 2007 |

2.   On April 6-7, 2006, the parties participated in private mediation with Mediator Gail Killefer, and have since continued to negotiate with the assistance of Ms. Killefer. The undersigned counsel for the parties have reached a proposed agreement on the major terms of a settlement of this action, subject to approval by the Assistant Attorney General of the United States, and subject to the execution of a written settlement agreement. The undersigned expect to finalize the settlement within 30 days.

3.   In an excess of caution, the Parties wish to extend the fact discovery cut-off by 29 days, to September 29, 2006, the same date as the expert discovery cut-off. This will allow the parties to focus on finalizing the settlement, without fulfilling pending discovery obligations. In the unlikely event that the settlement is not finalized, the Parties will have an additional 29 days to complete fact discovery.

4.   With respect to outstanding discovery obligations, the parties agree to the following new dates and deadlines, if the settlement is not finalized by these dates:

| | |
|---|---|
| Defendants' Responses to United States' First Request for Production: | May 31, 2006 |
| Deposition of Joan Barlow: | June 19, 2006 |
| Deposition of Sheila Waddell: | June 20, 2006 |
| Deposition of Dennis Roccaforte: | June 21, 2006 |
| Deposition of Sharon Donnelly: | June 22, 2006 |

5.   There have been no previous time modifications to the case management schedule set forth in the Court's December 14, 2005 Order for Pretrial Preparation.

6. The requested extension of the fact discovery cut-off will have no effect on the Court's schedule in this case because the dispositive motion, pretrial, and trial dates will remain the same.

IT IS SO STIPULATED.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN V. RYAN
United States Attorney

DATED:           By:           /s/
                        SARA WINSLOW
                        STEVEN J. SALTIEL
                        Assistant United States Attorneys

DATED:           By:           /s/
                        MICHAEL F. HERTZ
                        POLLY A. DAMMANN
                        SUZETTE GORDON
                        Civil Division, Department of Justice
                        Attorneys for the United States

WARREN-BENSON LAW GROUP

DATED:           By:           /s/
                        DONALD R. WARREN, ESQ.
                        Attorney for Relator Julia Lee

HOOPER, LUNDY & BOOKMAN, INC.

DATED:           By:           /s/
                        MARK E. REAGAN, Esq.
                        FELICIA SZE, Esq.
                        Attorneys for Defendants

//
//
//
//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

      Pursuant to stipulation, and for good cause shown, IT IS HEREBY ORDERED that the discovery cut-off for fact discovery is extended from August 31, 2006 to September 29, 2006. All discovery, including expert discovery, shall be completed and all depositions taken on or before September 29, 2006.

      IT IS SO ORDERED.  This 4th day of May, 2006.

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge