IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. JULIA LEE, | No. C-00-2921 SBA |
| Plaintiffs, | |
| v. | **ORDER** |
| HORIZON WEST, INC. and HORIZON WEST HEALTHCARE, INC., formerly known as HORIZON WEST HEADQUARTERS, INC. | |
| Defendants. / | |

This matter is before the Court on the Plaintiff's request to extend the period of the conditional dismissal. By Order of the Court on June 12, 2006, the Court dismissed this action and all claims. However, in the event that settlement was not reached, any party could move to reopen the case by September 8, 2006. On September 8, 2006, Plaintiff filed a stipulation representing to the Court that the parties are still finalizing the conditions of the settlement. The Court finds it is appropriate to extend the conditional dismissal to September 25, 2006, pursuant to the parties request.

Accordingly,

IT IS ORDERED THAT the conditional dismissal shall be extended until September 25, 2006.

IT IS SO ORDERED.

Dated: September 12, 2006

SAUNDRA BROWN ARMSTRONG
United States District Judge